UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERTRUDE TUCK,

*Plaintiff*,

v.

DISTRICT OF COLUMBIA,

*Defendant*.

Civil Action No. 24-cv-02609 (TSC)

# SCHEDULING ORDER

## 1. DEADLINES:

It is hereby **ORDERED** that the Parties shall adhere to the following deadlines:

| Event | Deadline |
|---|---|
| Deadline to Exchange Initial Disclosures | October 27, 2025 |
| Deadline to Amend the Pleadings | October 27, 2025 |
| Deadline to Join Additional Parties | October 27, 2025 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | February 9, 2026 |
| Defendant's Rule 26(a)(2) Expert Disclosures | April 10, 2026 |
| End of Discovery | May 11, 2026 |
| Defendant's Motion for Summary Judgment Due | June 10, 2026 |
| Plaintiff's Response to Defendant's Motion and Cross Motion for Summary Judgment Due | July 10, 2026 |

| | |
|---|---|
| Defendant's Reply and Response to Plaintiff's Cross Motion Due | July 31, 2026 |
| Plaintiff's Reply Due | August 14, 2026 |

**2. DEPOSITIONS AND WRITTEN DISCOVERY REQEUSTS:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than five (5) depositions and no more than thirty (30) interrogatories, thirty (30) requests for admission, and thirty (30) requests for production of documents per side. Plaintiff shall serve any notice of Defendant's deposition under Rule 30(b)(6) at least 30 days before the date of that deposition.

**3. DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The Court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: September 16, 2025

Tanya S. Chutkan
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE